# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH A. RODRIGUEZ

NO. 2025 KW 0452

**AUGUST 18, 2025**

---

In Re:   Joseph A. Rodriguez, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 19-FELN-038613.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT